UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE VASQUEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>WILLIAM MUNIZ,<br><br>                    Respondent. | No. 2:16-cv-2861 AC P<br><br><br><br>ORDER |

This action proceeds on petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent informs the court that he inadvertently filed a consent to the jurisdiction of the undersigned United States Magistrate Judge for all purposes, and requests that his consent be deemed amended to decline jurisdiction.  Respondent explains that, "Petitioner was sentenced in state court to an aggregate term of 84 years and an indeterminate term of 100 years to life in state prison.  Given the length of Petitioner's sentence, it is the practice of the California Attorney General not to consent to the jurisdiction of a United States Magistrate Judge to conduct all proceedings.  Thus, Respondent respectfully requests that the previously filed consent be amended to decline jurisdiction."  ECF No. 9 at 1-2.

For good cause shown, IT IS HEREBY ORDERED that:

1. Respondent's consent to the jurisdiction of the undersigned United States Magistrate Judge for all purposes, ECF No. 8, is deemed revoked.

    2. The Clerk of Court is directed to indicate on the docket that:

        a. Respondent's consent to the jurisdiction of the undersigned United States Magistrate Judge for all purposes, ECF No. 8, shall be disregarded;

        b. Respondent's decline of jurisdiction of the undersigned United States Magistrate Judge for all purposes, ECF No. 9, is duly noted; and

        c. This case shall no longer be designated a "consent case."

    3. The Clerk of Court is further directed to randomly assign a United States District Judge to this action.

IT IS SO ORDERED.

DATED: February 15, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE